| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>   UNITED STATES OF AMERICA,<br><br>                 -v-<br><br>   JASON JOHNSON,<br><br>                              Defendant.<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/13/2024<br><br><br>1:24-cr-131-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

      A proceeding is scheduled in this matter for March 21, 2024, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: March 13, 2024
New York, New York

                                                               GREGORY H. WOODS
                                                            United States District Judge