```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,                :
                                             :
                  -against-                  :
                                             :
    JASON JOHNSON,                           :          1:24-cr-131-GHW
                                             :
                         Defendant.          :          ORDER
------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

The status conference currently scheduled for June 6, 2024 at 11:00 a.m. is rescheduled. The conference will instead take place on May 23, 2024 at 2:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: May 8, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2024