```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
        :
UNITED STATES OF AMERICA,  :
        :
      -v-     :    1:24-cr-131-GHW
        :
JASON JOHNSON,    :    <u>ORDER</u>
        :
        Defendant.  :
        :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendant, by and through his attorney, ARIEL WERNER, of counsel, and with the consent of the United States of America, by and through its attorney, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JUSTIN HORTON, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference in this case is continued from June 24, 2024 to August 5, 2024 at 10:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through August 5, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the pending motion at Dkt. No. 18.

      SO ORDERED.

Dated: June 18, 2024
New York, New York

                                          _____
                                          GREGORY H. WOODS
                                        United States District Judge