**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 3, 2024

**By ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2024

**MEMORANDUM ENDORSED**

Re:   *United States v. Jason Johnson*, 24 Cr. 131 (GHW)

Dear Judge Woods:

I write with the Government's consent to respectfully request an adjournment of the pretrial filing deadlines set forth in the Court's September 4, 2024, Order. ECF No. 22. The proposed adjournment would facilitate the parties' continued efforts at a pretrial resolution by allowing Mr. Johnson sufficient time to consider a plea offer from the Government that we understand to be forthcoming.

The current and proposed deadlines are as follows:

| Filing | Current Deadline | Proposed Deadline |
|---|---|---|
| Def.'s pretrial motions | Dec. 9, 2024 | Dec. 23, 2024 |
| Govt.'s opposition to defense motions | Dec. 30, 2024 | Jan. 13, 2025 |
| Def.'s replies | Jan. 6, 2025 | Jan. 20, 2025 |
| Govt. expert disclosures | Jan. 13, 2025 | Feb. 10, 2025 |
| Def. expert disclosures | Jan. 27, 2025 | Feb. 17, 2025 |
| Motions *in limine* | Feb. 10, 2025 | Feb. 24, 2025 |
| Oppositions to motions *in limine* | Feb. 17, 2025 | Mar. 3, 2025 |
| Replies to motions *in limine* | Feb. 21, 2025 | Mar. 7, 2025 |

Adopting this schedule would not necessitate any change to the current April 7, 2025, trial date, through which time has been excluded from the Speedy Trial Clock. Thank you for your consideration of this request.

Sincerely,

Ariel Werner
Assistant Federal Defender
(212) 417-8770

cc:   AUSA Justin Horton

---

Application granted. The Defendant's December 3, 2024 request for an extension of time to submit the pretrial filings detailed in the Court's September 4, 2024 Order, Dkt. No. 23, is granted. The Court adopts each of the Defendant's proposed deadlines. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Dated: December 3, 2024
New York, New York

GREGORY H. WOODS
United States District Judge