```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
            -against-                    :
                                         :
JASON JOHNSON,                           :        1:24-cr-131-GHW
                                         :
                    Defendant.           :        ORDER
------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/17/2024

GREGORY H. WOODS, United States District Judge:

On September 4, 2024, the Court issued an order scheduling trial and related pre-trial deadlines in this matter. Dkt. No. 22 (the "Scheduling Order"). On December 17, 2024, the Court held an in-person conference regarding a substitution of counsel. At the December 17, 2024 conference, Mr. Johnson's newly appointed counsel requested an extension of time to file pretrial motions. As stated on the record, defense counsel's request for an extension of time to file pretrial motions is granted.

The deadline for pretrial motions by Defendant is extended to January 14, 2025. The Government's oppositions to any defense motions are due no later than two weeks following the date of service of Defendant's motion. Defendant's replies, if any, are due no later than one week following the date of service of the Government's opposition. The Court will hold a hearing on any defense motions necessitating a hearing on February 11, 2025 at 10:00 a.m.

Pursuant to the Scheduling Order, the trial in this matter will commence on Monday, April 7, 2025 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Expert disclosures by the United States required pursuant to Fed. R. Crim. P. 16 are due no later than February 10, 2025. Expert disclosures by the defendant required pursuant to Fed. R.

Crim. P. 16 are due no later than February 17, 2025.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than February 24, 2025. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on March 24, 2025 at 10:00 a.m.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than February 24, 2025. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: December 17, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2