```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
            -against-                    :
                                         :
JASON JOHNSON,                           :      1:24-cr-131-GHW
                                         :
                         Defendant.      :           ORDER
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2024

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the conference held on December 17, 2024, Ariel Charlotte Werner is granted leave to withdraw as counsel for Mr. Johnson.  The Clerk of Court is instructed to terminate Ms. Werner from the list of active counsel in this case.

    SO ORDERED.

Dated: December 20, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge