```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
             -against-                   :
                                         :
JASON JOHNSON,                           :      1:24-cr-131-GHW
                                         :
             Defendant.                  :      ORDER
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2025

GREGORY H. WOODS, United States District Judge:

On December 17, 2024, the Court issued a scheduling order in this case. Dkt. No. 27. Pursuant to the Court's December 17, 2024 order, the hearing on any defense pretrial motions is currently scheduled for February 11, 2025 at 10:00 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. However, on January 14, 2025, the Court granted a request by the defendant for an extension of time to file any pretrial motions. Dkt. No. 33. The defendant filed his motion on January 21, 2025. Dkt. No. 34.

Because of the extended briefing schedule, the current hearing date on the defendant's pretrial motions is scheduled for the date on which any reply by the defendant is due. Consequently, the hearing currently scheduled for February 11, 2025 at 10:00 a.m. will instead take place on February 21, 2025 at 10:00 a.m.

SO ORDERED.

Dated: January 23, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge