```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :
            -against-                    :
                                         :
JASON JOHNSON,                           :       1:24-cr-131-GHW
                                         :
                    Defendant.           :       ORDER
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/3/2025

GREGORY H. WOODS, United States District Judge:

On December 17, 2024, the Court issued a scheduling order in this case. Dkt. No. 27 (the "Scheduling Order"). On February 3, 2025, the parties requested a modification of the Scheduling Order in light of a potential resolution to this matter. Dkt. No. 38. The parties' February 3, 2025 request to modify the scheduling is granted in part.

The deadline for the Government's opposition to Defendant's pretrial motions is extended to February 11, 2025. Defendant's reply, if any, is due February 17, 2025. The Court will hold a hearing on any defense motions necessitating a hearing on February 28, 2025 at 12:00 p.m.

The deadline for expert disclosures by the United States required pursuant to Fed. R. Crim. P. 16 is extended to February 17, 2025. Expert disclosures by the defendant required pursuant to Fed. R. Crim. P. 16 are due no later than February 24, 2025.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than March 3, 2025. If any motions *in limine* are filed, opposition papers are due March 7, 2025. Reply papers, if any, are due March 11, 2025. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on March 24, 2025 at 10:00 a.m.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to

the jury as part of the Court's initial instructions prior to opening statements, no later than March 3, 2025. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

Pursuant to the Scheduling Order, the trial in this matter will commence on Monday, April 7, 2025 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: February 3, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge