UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

        -against-

JASON JOHNSON,

                       Defendant.
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2025
```

1:24-cr-131-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On February 7, 2025, Defendant Jason Johnson requested leave to withdraw his motion to suppress with prejudice because he entered into a plea agreement with the Government. Dkt. No. 40. The Court grants Mr. Johnson's request. The motion is withdrawn. The hearing scheduled for February 28, 2025 at 12:00 p.m. is adjourned *sine die*. The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 34, 40.

      SO ORDERED.

Dated: February 10, 2025
New York, New York

                                                                      GREGORY H. WOODS
                                                        United States District Judge