```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,                :
                                             :
                    -against-                :
                                             :
    JASON JOHNSON,                           :         1:24-cr-131-GHW
                                             :
                         Defendant.          :         ORDER
-----------------------------------------------------------X
```

<pre>
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2025
</pre>

**GREGORY H. WOODS, United States District Judge:**

The sentencing hearing currently scheduled for August 5, 2025 at 12:00 p.m. is rescheduled. The hearing will take place on September 5, 2025 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: August 3, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge