UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                 -against-

   JASON JOHNSON,

                          Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2025

1:24-cr-131-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the sentencing hearing held on September 5, 2025, Defendant's July 22, 2025 motion to seal the name of the defendant's fiancée is denied. Dkt. No. 53.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 53.

      SO ORDERED.

Dated: September 11, 2025
New York, New York

                                                         GREGORY H. WOODS
                                             United States District Judge