```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JASON JOHNSON,

        Defendant.

1:24-cr-131-GHW

CONSENT RESTITUTION ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Justin Horton, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1.**  **Amount of Restitution**

Jason Johnson, the defendant, shall pay restitution in the total amount of $238,087.00, pursuant to 18 U.S.C. § 3663A, to the victim of the offense charged in Count One. The name, address, and specific amount owed to the victim is set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

**A.**  **Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

**2.**  **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly

2025.02.20

controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). While serving the term of imprisonment, the defendant shall make installment payments toward restitution ~~and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP)~~ in the amount of $25/month, GHW. Any unpaid amount remaining upon release from prison will be paid in installments of at least 10 percent of the defendant's gross income on the first of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in

the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

*[Remainder of page intentionally left blank.]*

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: [signature]                                        9/19/2025
Justin Horton                                          DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637-2276

JASON JOHNSON

By: [signature]                                        9/19/2025
Jason Johnson, Defendant                               DATE

By: /s/ Joshua Stanton                                 9/19/2025
E. Danya Perry, Esq.                                   DATE
Joshua Stanton, Esq.
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: 212-840-7939

SO ORDERED:

[signature]                                            September 23, 2025
HONORABLE GREGORY H. WOODS                             DATE
UNITED STATES DISTRICT JUDGE